UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80007-cr-DSL

UNITED STATES OF AMERICA

v.

MICHAEL SHAPIRO,

Defendant.
_____/

## FACTUAL PROFFER

Defendant Michael Shapiro, (hereinafter referred to as the "defendant"), his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts, which occurred in Palm Beach County in the Southern District of Florida, beyond a reasonable doubt, and that the following facts are true and accurate and are sufficient to support a plea of guilty:

1. On December 19, 2023, a U.S Congressional Office (henceforth "Congressperson") received five voice mail messages starting at around 7:18 p.m. on their Washington, D.C. Office main telephone line from an unknown individual. The voice in each call appeared to be from the same male individual. The content of each call has been transcribed as follows:

   a. "Fang Fang. Fang Fang. Fang Fang. Fang Fang. Fang Fang. You [expletive] moron. You [expletive] a [unintelligible]. Fang Fang. Fang Fang."

   b. "Hey mother-[expletive], you [expletive] a Chinese spy. You mother-[expletive], I'm gonna come after you and kill you [N-word]."

   c. "Hey greaseball, you [expletive] a [expletive] Chinese spy. Fang Fang.

1

        Fang Fang. I'm gonna come and kill your children you mother-[expletive]. I'm gonna kill your children."

    d.    "Mother-[expletive]", you [expletive] a Chinese spy. You [expletive] mother-[expletive]. I'm gonna kill [N-word]. You [expletive] a Chinese woman. A spy."

    e.    "You [expletive] a confirmed Chinese spy. You [expletive], [expletive], you [expletive], you [expletive]. You [expletive] a Chinese spy. Fang Fang. [Expletive] you. [Expletive] you. [Expletive] you."

2.    Congressperson's Washington DC office main line is serviced by Verizon. Records obtained from Verizon revealed telephone number XXX-XXX-3369 called Congressperson's Washington DC office main line on December 19, 2023, all five times referenced above. All five call durations appear to match the length of each voice mail message referenced above. No other incoming calls were able to be associated to the voice mail messages based on the connection time and call duration.

3.    Records obtained from T-Mobile, the service provider for XXX-XXX-3369, revealed that the defendant's name and address was subscribed to XXX-XXX-3369 with a listed address in Greenacres, FL. According to the Palm Beach Property Records, the defendant is the property owner listed for an apartment in Greenacres, FL 33415. A NLETS/NCIC search of the defendant confirmed SHAPIRO's address, date of birth, and social security number.

4.    Call logs obtained from T-Mobile also revealed five calls originating from XXX-XXX-3369 to Congressperson's Washington DC office main line at the timeframe of the five voice mail messages. The call logs revealed that all five of the calls first connected to the cellular tower located at 6250 Purdy Lane, Greenacres, FL 33415. A search using Google Maps revealed the cellular tower is located near SHAPIRO's address. Both the cell tower and the defendant's

residence are located in Palm Beach County, which is located in the Southern District of Florida.

5. Based on this information, a sealed criminal complaint and arrest warrant were issued on December 28, 2023. He was arrested on or about January 3, 2024. At his arrest, he was questioned about the calls. During the interview, he admitted that he left a voicemail with the Congressperson. However, he claimed that he remembered only leaving one message. He explained that he was upset with the Congressperson because he "screwed a Chinese spy." He remembers calling and saying, "Fang Fang you screwed the Chinese spy." He stated he was at his home when he made the call. He admitted that he found the Congressional office number from the Congressperson's website. He explained that he was drunk at the time that he made the call. However, he denied recalling whether he made any threats.

6. When asked about transcribed statements from the voice mails about killing the Congressperson and his children, and whether someone could feel threatened, the defendant stated "absolutely." However, he stated that he never had any intention to harm. When played an audio recording of a threatening message left with the Congressional office, the defendant stated, "I don't know what to tell you, it sounds like a drunk man." He asked agents to let the Congressperson know "that I have regrets if I hurt his family."

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 5/17/24          By: _____
                            MARK DISPOTO
                            ASSISTANT UNITED STATES ATTORNEY

Date: 5/17/2024        By: _____
                            KIRSTY MILITELLO
                            ATTORNEY FOR DEFENDANT

Date: 5/17/24          By: _____
                            MICHAEL SHAPIRO
                            DEFENDANT